Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

Avtar Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We review for substantial evidence, *Gonzalez–Hernandez v. Ashcroft,* 336 F.3d 995, 998 (9th Cir.2003), and we deny the petition for review.

Substantial evidence supports the agency's finding that, even if Singh established a well-founded fear of persecution, the government established by a preponderance of the evidence that Singh could reasonably relocate within India. *See* 8 C.F.R. § 1208.13(b)(3)(ii); *Sowe v. Mukasey,* 538 F.3d 1281, 1287 (9th Cir.2008). Accordingly, Singh's asylum and withhold-

ing of removal claims fail. *See Gonzalez–Hernandez,* 336 F.3d at 1001.

Substantial evidence also supports the agency's denial of CAT relief because Singh failed to demonstrate that it was more likely than not he would be tortured if returned to India. *See Hasan v. Ashcroft,* 380 F.3d 1114, 1122–23 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED.**

**Avtar SINGH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–73918.

United States Court of Appeals, Ninth Circuit.

Jan. 10, 2011.

Robert Bradford Jobe, Esquire, Law Offices of Robert B. Jobe, San Francisco, CA, for Petitioner.

Mary Jane Candaux, Assistant Director, Michael Christopher Heyse, Trial, OIL, Edward Earl Wiggers, Esquire, DOJ— U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Agency No. A072–404–211.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

ORDER

We grant Singh's second motion for an extension of time to file a petition for panel rehearing.

Singh's petition for panel rehearing is granted and the memorandum disposition filed on July 7, 2010, is withdrawn. A replacement memorandum disposition is being filed concurrently with this order.

No further petition for panel rehearing may be filed; however, petitions for rehearing en banc may be filed with respect to the amended memorandum.